NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MICROSOFT CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 944

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0366, Judge Leonard Davis.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

### ORDER

Upon consideration of Allvoice Development US, LLC's unopposed motion for leave to file a sur-reply,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 9 2010                          /s/ Jan Horbaly
_____                       _____
Date                                  Jan Horbaly
                                      Clerk

cc: David J. Lender, Esq.
    Chris P. Perque, Esq.
    Clerk, United States District Court for the Eastern
District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2010

JAN HORBALY
CLERK